B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jeep Eagle 17, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 22-3031657 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>633 Route 17<br>Paramus, NJ                      ZIPCODE 07652 | Street Address of Joint Debtor (No. and Street, City, and State)                ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Bergen | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Car Dealership

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Jeep Eagle 17, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: **N.A.** |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Marie Rzasa** | Case Number: **09-23074** | Date Filed: **05/20/09** |
| District: **District of New Jersey** | Relationship: **Sister's Company** | Judge: **Steckroth** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Jeep Eagle 17, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
RICHARD D. TRENK 6874
Printed Name of Attorney for Debtor(s)

Trenk, DiPasquale, Webster, Della Fera & Sodono
Firm Name

_____
Address

973-243-8600
Telephone Number
May 28, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
LEIGH RZASA ORMES
Printed Name of Authorized Individual
President
Title of Authorized Individual
May 28, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-736 - 30386

### RESOLUTION OF SPECIAL MEETING
### OF BOARD OF DIRECTORS OF
### JEEP EAGLE 17, INC.

I hereby certify that at a special meeting of the Board of Directors of Jeep Eagle 17, Inc.,

a corporation of the State of New Jersey (the "Corporation"), held on the 28th day of May, 2009,

the following Resolutions were proposed and unanimously adopted by all Directors present:

> **RESOLVED,** that the officers of the aforementioned Corporation, in view of its financial condition, be and are hereby authorized and directed on behalf of the Corporation, to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 11 and to take all steps necessary and related thereto, and that Leigh Rsaza-Ormes is hereby authorized to execute the Petition and any other pleadings or documents he or other officers deem necessary in connection with the Chapter 11 case of the Corporation; and it is further

> **RESOLVED,** that the officers of the Corporation be, and each of them hereby is, authorized and directed in the name and on behalf of the Corporation, to prepare, execute, issue, deliver and/or file any and all such further agreements, certificates, instruments, letters and pleadings and other documents to perform any and all such acts as they may deem necessary or desirable to effectuate fully the foregoing Resolution.

In certification hereof, I do set my hand and seal this 28th day of May 2009.

JEEP EAGLE 17, INC.

By:_____

LEIGH RSAZA-ORMES
*Chairwoman and President*

F:\WPDOCS\A-M\Jeep Eagle\Jeep Eagle 17\Corporate Resolution.doc

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re   Jeep Eagle 17, Inc. _____ ,

                Debtor

Case No. ___09-_____

Chapter ___11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   May 28, 2009 _____

Signature _____

LEIGH RZASA ORMES,
President

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-736 - 30386

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re    Jeep Eagle 17, Inc._____ ,

                             Debtor

Case No. ____09-_____

Chapter ____11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Ellen Uribe<br>1718 Countryside<br>Drive<br>Wise, NC  27594 | | | Disputed | 10,748.00 |
| Reynolds and<br>Reynolds<br>23150 Network Place<br>Chicago, IL 60673 | | | | 10,766.67 |
| John Rhoten<br>120 Melrose Place<br>Ridgewood, NJ<br>07450 | | | Disputed | 10,793.00 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Sara Feinstein<br>0-11 Yost Placfe<br>Fair Lawn, NJ 07410 | | | Disputed | 11,557.18 |
| Donna Maher<br>111 Lake Street<br>Saddle River, NJ 07458 | | | Disputed | 11,970.05 |
| Craig Seyffer<br>331 Godwin Avenue<br>Ridgewood, NJ 07450 | | | Disputed | 12,198.20 |
| Christine Turner<br>170 Prospect Avenue<br>Hackensack, NJ 07601 | | | Disputed | 12,769.00 |
| Sandy Rodriguez<br>1275 Belmont Avenue<br>North Haledon, NJ 07508 | | | Disputed | 15,616.81 |
| Lori Masuch<br>25 5th Avenue<br>Wood Ridge, NJ 07075 | | | Disputed | 15,651.00 |
| Marjorie Kirshen<br>924 Castle Point Terrace<br>Hoboken, NJ 07030 | | | Disputed | 15,804.83 |
| Louis Gross<br>78 Essex Drive<br>Tenafly, NJ 07670 | | | Disputed | 16,786.72 |
| Kostas Giakamozis<br>Diamanto Anthanatos<br>46 Niehaus<br>Little Ferry, NJ 07643 | | | Disputed | 16,980.81 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Kyle Livesley<br>536 Prospect Avenue<br>Clifton, NJ 07012 | | | Disputed | 17,141.24 |
| Christopher Johnston<br>415 Piermont Avenue<br>Hillsdale, NJ 07642 | | | Disputed | 17,826.89 |
| Jeannette<br>Consorogreen<br>126 6th Street<br>Ridgefield Park, NJ 07660 | | | Disputed | 18,082.00 |
| Zurich<br>7045 College Boulevard<br>Overland Park, KS 66211 | | | | 24,165.15 |
| Horizon Blue Cross<br>PO Box 1738<br>Newark, NJ 07101 | | | | 24,294.88 |
| Blank Rome, LLP<br>210 Lake Drive East,<br>Suite 200<br>Cherry Hill, NJ 08022 | | | | 41,225.00 |
| Marie Rzasa<br>35 Lowell Court<br>Mahwah, NJ 07430 | | | | 386,000.00 |
| Leigh Rzasa Ormes<br>17 Litchult Lane<br>Mahwah, NJ 07430 | | | | 1,500,000.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re ___Jeep Eagle 17, Inc.___          Case No. ___09-_____

Debtor

Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $        0.00 | | |
| B – Personal Property | YES | 3 | $   252,670.99 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   541,805.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $   578,347.43 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $   781,138.52 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $        0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $        0.00 |
| **TOTAL** | | 23 | $   252,670.99 | $ 1,901,290.95 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6A (Official Form 6A) (12/07)

In re  Jeep Eagle 17, Inc.                                        Case No.  09-
                  **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | 0.00 | None |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6B (Official Form 6B) (12/07)

In re   Jeep Eagle 17, Inc.                              Case No. 09-
               **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Account #7057017648 Capital One Route 17 Paramus, NJ | | 33,965.22 |
| | | Payroll Account #7057017656 Capital One Route 17 Paramus, NJ | | -12,587.96 |
| | | Motor Vechile Account #7057017699 Capital One Route 17 Paramus, NJ | | -600.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Chrysler Realty - rent security deposit Wasco - automotive supply security deposit | | 20,000.00 5,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re   Jeep Eagle 17, Inc. _____   Case No.   09-_____
    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Inclusive of Chrysler Motors - Incentives | | 46,689.48 |
| | | Account receivable due from Trim Auto Design, 139 Greenwood Avenue, Midland Park, NJ 07432 | | 1,368.71 |
| | | Account receivable due from Mizzoni's Auto Body, 178 Route 46 East, Lodi, NJ 07644 | | 427.15 |
| | | Account receivable due from P&A Auto Parks, 101 Route 46 West, Saddle Brook, NJ 07663 | | 171.39 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-736 - 30386

B6B (Official Form 6B) (12/07) -- Cont.

In re  Jeep Eagle 17, Inc.                                           Case No.  09-
                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Jeep Franchise with Chrysler | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Approximately 16,000 Customers | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Schedule Annexed Hereto | | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 12 Desks, 24 Chairs, 10 Computers, Copier, 3 Printers, File Cabinets, Safe | | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 5 Lifts, Tools, Scanner | | Unknown |
| 30. Inventory. | | Miscellaneous Parts<br>Cars | | Unknown<br>Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Case Management Account plus Rebates at Chrysler Financial | | 158,237.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

_____0_____   continuation sheets attached     Total     $     252,670.99

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re    Jeep Eagle 17, Inc.                                    Case No.    09-
                    **Debtor**                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)            ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                 $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6D (Official Form 6D) (12/07)

In re  Jeep Eagle 17, Inc.                          ,          Case No. 09-
_____        _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 26371<br><br>Chrysler Financial<br>One Blackhill Plaza<br>Pearl River, NY 10965<br><br>VALUE $ Unknown | | | Incurred: Parts Inventory | | | X | 508,805.00 | 0.00 |
| ACCOUNT NO. 024-9124-65380<br><br>GMAC<br>PO Box 380902<br>Bloomington, MN  55438<br><br>VALUE $        28,000.00 | | | Lien: 2009 Suburban | | | | 33,000.00 | 5,000.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

  0   continuation sheets attached

Subtotal ➤ (Total of this page)  $ 541,805.00  $ 5,000.00

Total ➤ (Use only on last page)  $ 541,805.00  $ 5,000.00

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re   Jeep Eagle 17, Inc.                              ,      Case No. _____09-_____
              Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009 New Hope Software, Inc., ver. 4.4.9-735 - 30386

B6E (Official Form 6E) (12/07) - Cont.

In re   Jeep Eagle 17, Inc.                                            ,    Case No. 09-_____
                    Debtor                                                                    (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

                                    2
    ____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  Jeep Eagle 17, Inc. _____    Case No. ___09-_____
                          **Debtor**                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Internal Revenue Service <br> 955 South Springfield Avenue <br> PO Box 724 <br> Springfield, NJ  07081 | | | Consideration: <br> Federal income tax | | | X | 179,932.07 | 179,932.07 | 0.00 |
| ACCOUNT NO. <br> Internal Revenue Service <br> Special Procedures Branch <br> Attention:  Bankruptcy Section <br> PO Box 744 <br> Springfield, NJ  07081-0744 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br> State of New Jersey <br> Division of Taxation <br> Sales & Use Tax <br> PO Box 999 <br> Trenton, NJ 08625 | | | Consideration: State <br> sales tax | | | X | 390,724.48 | 390,724.48 | 0.00 |
| ACCOUNT NO. <br> State of New Jersey <br> Division of Taxation <br> Sales & Use Tax <br> PO Box 999 <br> Trenton, NJ 08625 | | | Consideration: <br> Luxury tax | | | X | 5,203.95 | 5,203.95 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ▶ | $ 575,860.50 | $ 575,860.50 | $ 0.00
(Totals of this page)

Total ▶ | $
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals | $ | $ | $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6E (Official Form 6E) (12/07) - Cont.

In re  Jeep Eagle 17, Inc.                          ,          Case No.  09-_____
            **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>State of New Jersey<br>Division of Taxation<br>Sales & Use Tax<br>PO Box 999<br>Trenton, NJ 08625 | | | Consideration: Tire tax | | | X | 391.50 | 391.50 | 0.00 |
| ACCOUNT NO.<br><br>State of New Jersey<br>Division of Taxation<br>Gross Income Tax (GIT)<br>50 Barrack Street<br>PO Box 269<br>Trenton, NJ 08625 | | | Consideration: State income tax | | | X | 2,095.43 | 2,095.43 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** (Totals of this page) | $ 2,486.93 | $ | $ |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 578,347.43 | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 578,347.43 | $ 0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6F (Official Form 6F) (12/07)

In re  Jeep Eagle 17, Inc.                           ,          Case No.  09-
_____
**Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1800 Radiator 32 Treptow Street Little Ferry, NJ 07643 | | | Consideration: Trade debt | | | | 269.14 |
| ACCOUNT NO. AGL Welding 600 Route 46 West Clifton, NJ 07015 | | | Consideration: Trade debt | | | | 85.60 |
| ACCOUNT NO. Bergen Fire Equipment 36 Johnson Avenue Hackensack, NJ 07601 | | | Consideration: Trade debt | | | | 139.10 |
| ACCOUNT NO. Blank Rome, LLP 210 Lake Drive East, Suite 200 Cherry Hill, NJ  08022 | | | Consideration: Legal Services | | | | 41,225.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

  10    continuation sheets attached

Subtotal ➤ $  41,718.84

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeep Eagle 17, Inc.                                          ,        Case No.    09-
_____                                                    _____
Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cablevision <br> PO Box 19301 <br> Newark, NJ 07195 | | | Consideration: Trade debt | | | | 10,013.00 |
| ACCOUNT NO.  72387 <br><br> Carfax <br> 16630 Collection Center Drive <br> Chicago, IL 60693 | | | Consideration: Trade debt | | | | 543.90 |
| ACCOUNT NO. <br><br> Cartridge World <br> 63 East Ridgewood Avenue <br> Paramus, NJ 07652 | | | Consideration: Trade debt | | | | 381.78 |
| ACCOUNT NO. <br><br> Cassings of New Jersey <br> PO Box 731 <br> Catskill, NY 12414 | | | Consideration: Trade debt | | | | 429.80 |
| ACCOUNT NO. <br><br> Champion Uniform Supply <br> 30 Douglas Street <br> Fords, NJ 08863 | | | Consideration: Trade debt | | | | 856.64 |

Sheet no.  1   of  10   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    12,225.12

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-756 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeep Eagle 17, Inc.                          ,        Case No.   09-
                 **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Christine Turner<br>170 Prospect Avenue<br>Hackensack, NJ 07601 | | | Consideration: Vehicle purchase | | | X | 12,769.00 |
| ACCOUNT NO.<br><br>Christopher Johnston<br>415 Piermont Avenue<br>Hillsdale, NJ 07642 | | | Consideration: Lease buyout customer payoff | | | X | 17,826.89 |
| ACCOUNT NO.<br><br>Craig Seyffer<br>331 Godwin Avenue<br>Ridgewood, NJ 07450 | | | Consideration: Lease buyout customer payoff | | | X | 12,198.20 |
| ACCOUNT NO.  DNJ922<br><br>Dealer Specialties<br>PO Box 3220<br>Norfolk, VA 23514-3220 | | | Consideration: Trade debt | | | | 986.70 |
| ACCOUNT NO.  13483501<br><br>Dealer Track<br>111 Marcus Avenue<br>Lake Success, NY 11042 | | | Consideration: Trade debt | | | | 957.55 |

Sheet no.  2  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 44,738.34

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jeep Eagle 17, Inc.           ,      Case No.  09-_____

         Debtor                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Donna Maher <br> 111 Lake Street <br> Saddle River, NJ 07458 | | | Consideration: Lease buyout customer payoff | | | X | 11,970.05 |
| ACCOUNT NO. <br><br> Elite Interior <br> PO Box 662 <br> Fair Lawn, NJ 07410 | | | Consideration: Trade debt | | | | 425.00 |
| ACCOUNT NO. <br><br> Ellen Uribe <br> 1718 Countryside Drive <br> Wise, NC 27594 | | | Consideration: Vehicle purchase | | | X | 10,748.00 |
| ACCOUNT NO. <br><br> EST Tire Distributors <br> PO Box 305 <br> W. Nyack, NY 10994 | | | Consideration: Trade debt | | | | 503.80 |
| ACCOUNT NO. <br><br> Fran Roc LLC <br> 185 Prospect Avenue, Apt. 4K <br> Hackensack, NJ 07601 | | | Consideration: Landlord | | | X | 9,750.00 |

Sheet no.  3  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                     Subtotal ▶ | $ | 33,396.85

                                         Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-726 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeep Eagle 17, Inc.                          ,        Case No.   09-
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>George Allison III, Esq.<br>349 Canterbury Lane<br>Wyckoff, NJ 07481 | | | Consideration: Trade debt | | | | 7,745.00 |
| ACCOUNT NO.  517062908<br>Horizon Blue Cross<br>PO Box 1738<br>Newark, NJ 07101 | | | Consideration: Insurance | | | | 24,294.88 |
| ACCOUNT NO.<br>Jeannette Consorogreen<br>126 6th Street<br>Ridgefield Park, NJ  07660 | | | Consideration: Vehicle purchase | | | X | 18,082.00 |
| ACCOUNT NO.<br>John Rhoten<br>120 Melrose Place<br>Ridgewood, NJ 07450 | | | Consideration: Vehicle purchase | | | X | 10,793.00 |
| ACCOUNT NO.<br>JP Equipment<br>30 Sherwood Lane<br>Fairfield, NJ 07004 | | | Consideration: Trade debt | | | | 180.00 |

Sheet no.  4  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 61,094.88

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. ver. 4.4.9-736 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeep Eagle 17, Inc._____,        Case No. ___09-_____
                    **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Kostas Giakamozis Diamanto Anthanatos 46 Niehaus Little Ferry, NJ 07643 | | | Consideration: Lease buyout customer payoff | | | X | 16,980.81 |
| ACCOUNT NO. Kyle Livesley 536 Prospect Avenue Clifton, NJ 07012 | | | Consideration: Lease buyout customer payoff | | | X | 17,141.24 |
| ACCOUNT NO. Leigh Rzasa Ormes 17 Litchult Lane Mahwah, NJ 07430 | | | Consideration: Officer loan | | | | 1,500,000.00 |
| ACCOUNT NO. Lori Masuch 25 5th Avenue Wood Ridge, NJ 07075 | | | Consideration: Vehicle purchase | | | X | 15,651.00 |
| ACCOUNT NO. Louis Gross 78 Essex Drive Tenafly, NJ 07670 | | | Consideration: Lease buyout customer payoff | | | X | 16,786.72 |

Sheet no. _5_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,566,559.77

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeep Eagle 17, Inc.                           ,        Case No.  09-_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Marie Rzasa<br>35 Lowell Court<br>Mahwah, NJ 07430 | | | | | | | 386,000.00 |
| ACCOUNT NO. <br><br>Marisa Y. Paradiso, Esq.<br>45 Boonton Avenue, RD3<br>Boonton, NJ  07005 | | | Consideration: Legal Services | | | | Notice Only |
| ACCOUNT NO. <br><br>Marjorie Kirshen<br>924 Castle Point Terrace<br>Hoboken, NJ 07030 | | | Consideration: Lease buyout customer payoff | | | X | 15,804.83 |
| ACCOUNT NO. <br><br>Mizzoni's Auto Body<br>178 Route 46 East<br>Lodi, NJ 07644 | | | Consideration: Trade debt | | | | 5,494.15 |
| ACCOUNT NO.  2192<br><br>NJ Car<br>PO Box 7510<br>Trenton, NJ 08628 | | | Consideration: Trade debt | | | | 225.65 |

Sheet no.  6  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 407,524.63 |
| Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeep Eagle 17, Inc.                                    ,          Case No.  09-
_____                                _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NJ Door Works<br>31 Harrison Avenue<br>Plainfield, NJ  07060 | | | Consideration: Trade debt | | | | 820.52 |
| ACCOUNT NO.<br><br>NJ Manufacturers Ins. Co.<br>301 Sullivan Way<br>West Trenton, NJ 08628 | | | Consideration: Insurance | | | | 6,325.00 |
| ACCOUNT NO.<br><br>P&A Auto Parts<br>101 Route 46 West<br>Saddle Brook, NJ 07663 | | | Consideration: Trade debt | | | | 969.35 |
| ACCOUNT NO.<br><br>Premier Auto Glass<br>19 Sebago Street<br>Clifton, NJ 07013 | | | Consideration: Trade debt | | | | 2,215.00 |
| ACCOUNT NO.  6739322708<br><br>PSE&G<br>PO Box 14104<br>Paramus, NJ 07652 | | | Consideration: Utility service | | | | 6,410.44 |

Sheet no. 7 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  16,740.31

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeep Eagle 17, Inc.                                  ,          Case No.   09-
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 25725 <br><br> Reyna Corp. <br> 21175 Network Place <br> Chicago, IL 60673 | | | Consideration: Trade debt | | | | 2,870.00 |
| ACCOUNT NO. 7598822 <br><br> Reynolds and Reynolds <br> 23150 Network Place <br> Chicago, IL 60673 | | | Consideration: Trade debt | | | | 10,766.67 |
| ACCOUNT NO. W24023-4 <br><br> Rocky Mountain LLC <br> 185 Prospect Avenue, Apt. 4K <br> Hackensack, NJ 07601 | | | Consideration: Landlord | | | X | 9,750.00 |
| ACCOUNT NO. <br><br> Sandy Rodriguez <br> 1275 Belmont Avenue <br> North Haledon, NJ 07508 | | | Consideration: Lease buyout customer payoff | | | X | 15,616.81 |
| ACCOUNT NO. <br><br> Sara Feinstein <br> 0-11 Yost Placfe <br> Fair Lawn, NJ 07410 | | | Consideration: Lease buyout customer payoff | | | X | 11,557.18 |

Sheet no. 8 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 50,560.66

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-756 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeep Eagle 17, Inc.                                     ,        Case No.  09-
                        **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sears Commercial One<br>585 From Road<br>Paramus, NJ 07652 | | | Consideration: Trade debt | | | | 578.50 |
| ACCOUNT NO.<br><br>Service Sales Inc.<br>PO Box 116<br>Edgewater, NJ 07020 | | | Consideration: Trade debt | | | | 580.00 |
| ACCOUNT NO.<br><br>Tax Collector<br>Borough Hall<br>Jockish Square<br>Paramus, NJ 07652 | | | Consideration: Property taxes | | | | 7,323.01 |
| ACCOUNT NO.<br><br>The Margolis Law Firm LLC<br>PO Box 420<br>Roseland, NJ  07068 | | | Consideration: Legal services | | | | 10,577.62 |
| ACCOUNT NO.<br><br>Trim Auto Design<br>139 Greenwood Avenue<br>Midland Park, NJ 07432 | | | Consideration: Trade debt | | | | 2,196.02 |

Sheet no. 9 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 21,255.15

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-736 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeep Eagle 17, Inc.                              ,         Case No.    09-
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Trim Auto Glass <br> 18 West Parkway <br> Pequannock, NJ 07440 | | | Consideration: Trade debt | | | | 718.84 |
| ACCOUNT NO.  2014448100127138 <br> Verizon <br> PO Box 4833 <br> Trenton, NJ 08650 | | | Consideration: Phone service | | | | 439.98 |
| ACCOUNT NO.  0024326-00 <br> Zurich <br> 7045 College Boulevard <br> Overland Park, KS 66211 | | | | | | | 24,165.15 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  10  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    25,323.97

Total▶    $    2,281,138.52

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc. - ver. 4.4.9-736 - 20386

**B6G (Official Form 6G) (12/07)**

In re ___Jeep Eagle 17, Inc._____     Case No. _____09-_____
                          **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Reyna Capital Corporation<br>One Reynolds Way<br>Dayton, OH 45430 | Reynolds & Reynolds<br>Automotive Computer System |
| Fran Roc LLC<br>The Rocky Mountain Group LLC<br>185 Prospect Avenue, Apt. 4K<br>Hackensack, NJ  07601 | Real estate lease stipulation of settlement dated March 11, 2008 lease of real property. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re  Jeep Eagle 17, Inc.                                          Case No.     09-
_____                                   _____
              **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Leigh Rzasa Ormes<br>17 Litchult Lane<br>Mahwah, NJ 07430 | Chrysler Financial<br>One Blackhill Plaza<br>Pearl River, NY 10965 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

# United States Bankruptcy Court
### District of New Jersey

In re    Jeep Eagle 17, Inc. _____    Case No. ____09-_____

_____ Debtor

Chapter ____11____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6 (Official Form 6 - Declaration) (12/07)

In re ___Jeep Eagle 17, Inc._____    Case No. __09-_____
                          Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                              Debtor:

Date _____    Signature: _____
                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                             (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
   Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___Jeep Eagle 17, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 28, 2009_____    Signature: _____
                                                                         LEIGH RZASA ORMES
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2009 ©1991-2009 New Hope Software, Inc., ver 4.4.9-736 - 30386

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In Re  Jeep Eagle 17, Inc.                                                                Case No.  09-
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2009 | Operation of Business - Ordinary Business Income<br>$4,145,462 - Gross Sales |
| 2008 | Operation of Business - Ordinary Business Income<br>$24,184,751 - Gross Sales |
| 2007 | Operation of Business - Ordinary Business Income<br>$34,281,005.00 - Gross Sales |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

2.    **Income other than from employment or operation of business**

None □    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2008 | | Dock fees and other misc. income |
| 2007 | 31,195.00 | Dock fees and other misc. income |

3. **Payments to creditors**

None ⊠    *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None □    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)□any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative□repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached rider.

**Rider to Statement of Financial Affairs – Question 3b.**

| PAYEE | CHECK # | FEB | MARCH | APRIL | MAY | TOTALS |
|---|---|---|---|---|---|---|
| 17 PROPERTIES | 15133 | | | $10,000.00 | | |
| 17 PROPERTIES | 15154 | | | $35,548.00 | | |
| 17 PROPERTIES | 15269 | | | | $11,800.00 | |
| 17 PROPERTIES | 15293 | | | | $4,000.00 | $61,348.00 |
| | | | | | | |
| BANK OF NEW JERSEY | 15268 | | | | $15,100.00 | $15,100.00 |
| | | | | | | |
| | | | | | | |
| CAPITAL ONE | 15009 | | $15,207.20 | | | |
| CAPITAL ONE | 15185 | | | $7,442.00 | | |
| CAPITAL ONE | 15200 | | | $18,010.00 | | |
| CAPITAL ONE | 15254 | | | | $37,523.00 | $102,548.20 |
| CAPITAL ONE | 15283 | | | | $4,299.00 | |
| CAPITAL ONE | 15305 | | | | $10,022.00 | |
| CAPITAL ONE | 15306 | | | | $10,045.00 | |
| | | | | | | |
| | | | | | | |
| CHRYSLER FINANCIAL | 15312 | | | | $9,074.26 | $9,074.26 |
| | | | | | | |
| | | | | | | |
| CITI FINANCIAL | 15016 | | $19,251.14 | | | $19,251.14 |

| PAYEE | CHECK # | FEB | | | TOTALS |
|---|---|---|---|---|---|
| DCFS | 15072 | $10,679.24 | | | |
| DCFS | 15080 | $13,110.73 | | | |
| DCFS | 15085 | $13,147.40 | | | |
| DCFS | 15086 | $13,740.10 | | | |
| DCFS | 15143 | | $13,453.74 | | |
| DCFS | 15144 | | $11,593.60 | | |
| DCFS | 15178 | | $11,663.55 | | |
| DCFS | 15196 | | $12,196.20 | | |
| DCFS | 15197 | | $16,786.72 | | |
| DCFS | 15206 | | $11,173.82 | | |
| DCFS | 15208 | | $12,568.85 | | |
| DCFS | 15207 | | $11,615.20 | | |
| DCFS | 15209 | | $16,571.50 | | |
| DCFS | 15210 | | $16,149.75 | | |
| DCFS | 15213 | | $8,657.00 | | |
| DCFS | 15214 | | $19,081.00 | | |
| DCFS | 15215 | | $14,868.00 | | |
| DCFS | 15218 | | $17,237.00 | | |
| DCFS | 15243 | | $11,193.18 | | |
| DCFS | 15245 | | $14,349.00 | | |
| DCFS | 15253 | | | $13,026.00 | |
| DCFS | 15257 | | | $14,465.00 | |
| DCFS | 15264 | | | $11,557.18 | |
| DCFS | 15270 | | | $10,793.00 | |
| DCFS | 15271 | | | $10,748.00 | |
| DCFS | 15272 | | | $18,082.00 | |
| DCFS | 15273 | | | $12,769.00 | |
| DCFS | 15275 | | | $11,983.00 | |
| DCFS | 15276 | | | $16,651.00 | |
| DCFS | 15296 | | | $15,616.81 | |
| DCFS | 15314 | | | $20,413.75 | |
| DCFS | 15315 | | | $15,804.83 | |
| DCFS | 15316 | | | $16,980.81 | |
| DCFS | 15317 | | | $11,970.05 | |
| DCFS | 15318 | | | $17,141.24 | $488,829.25 |
| EPIQ CLASS ACTION | 15030 | $22,372.46 | | | $22,372.46 |
| FRAN ROC | 16001 | $9,760.00 | | | |
| FRAN ROC | 15065 | | $9,750.00 | | |
| FRAN ROC | 16259 | | | $9,760.00 | $29,250.00 |
| GEORGE ALLISON | 15017 | $4,346.86 | | | |
| GEORGE ALLISON | 15019 | $2,600.00 | | | $6,946.65 |
| HORIZON | 15082 | $14,297.21 | | | |
| HORIZON | 15204 | | $10,809.70 | | $25,106.91 |
| HYUNDA FIN SERV | 16121 | | $10,361.47 | | $10,361.47 |
| JEEP 17 | 14870 | $1,000.00 | | | |
| JEEP 17 MVA ACT | 15021 | $5,000.00 | | | |
| JEEP 17 MVA ACT | 15148 | | $1,600.00 | | |
| JEEP 17 MVA ACT | 15168 | | $2,000.00 | | |
| JEEP 17 MVA ACT | 15211 | | $2,000.00 | | $11,600.00 |
| JEEP MVA ACT | 15053 | $2,000.00 | | | |
| JEEP MVA ACT | 15089 | $3,500.00 | | | |
| JEEP MVA ACT | 15159 | | $4,000.00 | | |
| JEEP MVA ACT | 15194 | | $4,000.00 | | |
| JEEP MVA ACT | 15280 | | | $2,000.00 | |
| JEEP MVA ACT | 15302 | | | $2,000.00 | |
| JEEP MVA ACT | 15310 | | | $2,000.00 | $19,500.00 |
| JEEP PAYROLL | 14859 | $20,000.00 | | | |
| JEEP PAYROLL | 14868 | $15,679.03 | | | |
| JEEP PAYROLL | 15022 | $25,000.00 | | | |
| JEEP PAYROLL | 15027 | $13,403.86 | | | |
| JEEP PAYROLL | 15083 | $10,000.00 | | | |
| JEEP PAYROLL | 15097 | | $2,300.00 | | |
| JEEP PAYROLL | 15153 | | $15,000.00 | | |
| JEEP PAYROLL | 15191 | | $8,000.00 | | |
| JEEP PAYROLL | 15197 | | $10,500.00 | | $139,882.89 |
| JEEP PAYROLL | 15267 | | | $6,000.00 | |
| JEEP PAYROLL | 15279 | | | $13,000.00 | |
| JEEP PAYROLL | 15287 | | | $1,000.00 | |

| PAYEE | CHECK # | FEB | | | | TOTALS |
|-------|---------|-----|---|---|---|--------|
| LEIGH RZASA | 14676 | | $4,368.17 | | | |
| LEIGH RZASA | 15012 | | $400.00 | | | |
| LEIGH RZASA | 15028 | | $7,000.00 | | | |
| LEIGH RZASA | 15029 | | $7,000.00 | | | |
| LEIGH RZASA | 15038 | | $2,000.00 | | | |
| LEIGH RZASA | 15098 | | | $2,500.00 | | |
| LEIGH RZASA | 16099 | | | $4,000.00 | | |
| LEIGH RZASA | 15126 | | | $10,000.00 | | |
| LEIGH RZASA | 15147 | | | $10,000.00 | | |
| LEIGH RZASA | 15167 | | | $29,000.00 | | |
| LEIGH RZASA | 15168 | | | $9,500.00 | | |
| LEIGH RZASA | 15170 | | | $10,000.00 | | |
| LEIGH RZASA | 15184 | | | $11,000.00 | | |
| LEIGH RZASA | 15252 | | | | $7,300.00 | $157,618.17 |
| LEIGH RZASA | 15285 | | | | $13,700.00 | |
| LEIGH RZASA | 15281 | | | | $13,000.00 | |
| LEIGH RZASA | 15288 | | | | $16,650.00 | |
| | | | | | | |
| MACLACHLAN LAW OF | 14669 | | $10,000.00 | | | |
| MARGOLIS LAW FIRM | 15058 | | $3,334.25 | | | |
| MARGOLIS LAW FIRM | 15172 | | | $426.00 | | |
| MARGOLIS LAW FIRM | 15173 | | | $2,632.50 | | $16,392.75 |
| | | | | | | |
| NORTH JERSEY MEDE | 15014 | | $12,568.21 | | | $12,568.21 |
| | | | | | | |
| OCTAGON PROPERT | 15018 | | $6,250.00 | | | $12,500.00 |
| OCTAGON PROPERT | 15174 | | | $6,250.00 | | |
| | | | | | | |
| ORITANI SVS | 14660 | $32,620.00 | | | | |
| ORITANI SVS | 14671 | | $28,051.00 | | | |
| ORITANI SVS | 14675 | | $13,069.86 | | | $73,740.86 |

| PAYEE | CHECK # | FEB | | | | TOTALS |
|---|---|---|---|---|---|---|
| REYNOLDS AND REYNOLDS | 15140 | | | $4,288.26 | | |
| REYNOLDS AND REYNOLDS | 15248 | | | | $4,079.07 | |
| REYNOLDS AND REYNOLDS | 15285 | | | | $2,963.95 | $11,331.28 |
| | | | | | | |
| ROCKLAND CHRYS | 15183 | | | $23,643.00 | | $23,643.00 |
| | | | | | | |
| THE ROCK MOUNTAIN | 15002 | | $9,750.00 | | | |
| THE ROCK MOUNTAIN | 15166 | | | $9,750.00 | | |
| THE ROCK MOUNTAIN | 15258 | | | | $9,750.00 | |
| | | | | | | |
| TRIVIN | 14663 | $4,000.00 | | | | $26,250.00 |
| TRIVIN | 15020 | | $4,000.00 | | | |
| TRIVIN | 15140 | | | $2,000.00 | | |
| TRIVIN | 15192 | | | $800.00 | | |
| TRIVIN | 15274 | | | | $600.00 | |
| TRIVIN | 15300 | | | | $2,000.00 | $13,200.00 |
| | | | | | | |
| UNIVERSAL UNDWRT | 15161 | | | $4,833.03 | | |
| UNIVERSAL UNDWRT | 15162 | | | $5,005.18 | | $9,938.19 |
| | | | | | | |
| WHOLESALE AUTO | 15049 | | $1,854.63 | | | |
| WHOLESALE AUTO | 15069 | | $332.12 | | | |
| WHOLESALE AUTO | 15190 | | | $3,241.01 | | $5,427.76 |
| | | | | | | |
| WOO LLC | 15015 | | $9,000.00 | | | |
| WOO LLC | 15113 | | | $15,200.00 | | |
| WOO LLC | 15160 | | | $25,000.00 | | |
| WOO LLC | 15180 | | | $10,000.00 | | |
| WOO LLC | 15250 | | | | $16,000.00 | |
| WOO LLC | 15268 | | | | $15,100.00 | |
| WOO LLC | 15290 | | | | $11,780.00 | $101,080.00 |
| | | | | | | |
| YORK HVAC | 15084 | | $14,000.00 | | | $14,000.00 |
| | | | | | | |
| ZANETTI | 15004 | | $29,835.00 | | | |
| ZANETTI | 15034 | | $30,328.00 | | | |
| ZANETTI | 15073 | | $34,750.00 | | | |
| ZANETTI | 15107 | | | $27,457.00 | | |
| ZANETTI | 15242 | | | $30,489.00 | | $152,657.00 |
| | | | | | | |
| | | $56,620.00 | $442,174.28 | $626,986.24 | $466,737.95 | |
| | | | | | | $1,592,518.47 |
| | | | | | | $1,592,518.47 |

None
☒    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jeep Eagle 17, Inc. v. Fran-Roc, LLC BER-L-5279-05 | Lease | Bergen County, NJ | Pending |
| The Rocky Mountain Group, LLC & FRAN-ROCK, LLC v. Chrysler Realty Company, LLC and Jeep Eagle 17, Inc. BER-L-7723-06 | Environmental Litigation | Bergen County, NJ | Pending |

None
☐    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chrysler Financial One Blackhill Plaza Pear River, NY 10965 | 05/21/09 | Unknown |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-726 - 30386

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chrysler | | Termination of Franchise |

**6. Assignments and Receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None

☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None

☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue, Suite 300 West Orange, NJ 07052 | May 28, 2009 from 05/15/09 to 05/28/09-$14,329. Payor: 14,329. | $10,671. |

**10.    Other transfers**

None

☒    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Oritani Bank 370 Pascack Road Washington, Twp., NJ 07676 | Business Checking Account No. XXXXXX0311 Closing Balance: 0.00 | March 31, 2009 |
| Oritani Bank 370 Pascack Road Washington Twp., NJ 07676 | Business Checking Account No. XXXXXX0378 Closing Balance: 0.00 | March 31, 2009 |
| Oritani Bank 370 Pascack Road Washington Twp., NJ 07676 | Business Checking Account No. XXXXXX0352 Closing Balance: 0.00 | March 31, 2009 |

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

**13. Setoffs**

None ☐

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Chrysler Financial<br>One Blackhill Plaza<br>Pearl River, NY 10965 | 05/21/09 | Unknown |

**14. Property held for another person**

None ☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

    NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☒

a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

None
☐

b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Crow Chizek LLP | 899 West Cypress Creek Road<br>Ft. Lauderdale, FL 33309 | 09/2008 |

None
☐

c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Jeep Eagle 17, Inc. | 633 Route 17<br>Paramus, NJ  07652 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30386

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐        a financial statement was issued within the two years immediately preceding the commencement of this case by
         the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Capital One<br>710 Route 46 East, Fairfield, NJ | Fall 2008 |
| Chrysler Motor via<br>Electronic Transfer | Monthly |
| Chase Auto Finance | |
| J. Gus Albright<br>1730 Walton Road, Suite 200<br>Blue Bell, PA  19422 | |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐        taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 05/20/09 | Chrysler Financial | 84,581.  Cars |
| 05/12/09 | Chrysler Financial | 133,872.  Cars |
| 05/2009 | Victor Parts, Manager | 130,295.59 |

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☐        reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|---|---|
| 05/20/09 | Chrysler Financial |
| 05/12/09 | Chrysler Financial |

**21. Current Partners, Officers, Directors and Shareholders**

None  a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐      directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Leigh Rzasa Ormes | President | 100% |

**22. Former partners, officers, directors and shareholders**

None  a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒      immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒      terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.  Withdrawals from a partnership or distribution by a corporation**

None      If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☐      insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Leigh Rzasa Ormes, President 17 Litchult Lane Mahwah, NJ | Repayment of Loan Monthly Loan in prior year totaled $1,152,665.00 | $833,139.00 |

**24.  Tax Consolidation Group**

None  ☒      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds**

None  ☒      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   May 28 2009         Signature

                           LEIGH RZASA ORMES,
                           President

                           Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-716 - 30386

<u>0</u>  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____       _____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver 4.4.9-736 - 30386

1800 Radiator
32 Treptow Street
Little Ferry, NJ 07643


AGL Welding
600 Route 46 West
Clifton, NJ 07015


Bergen Fire Equipment
36 Johnson Avenue
Hackensack, NJ 07601


Blank Rome, LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08022


Cablevision
PO Box 19301
Newark, NJ 07195


Carfax
16630 Collection Center Drive
Chicago, IL 60693


Cartridge World
63 East Ridgewood Avenue
Paramus, NJ 07652


Cassings of New Jersey
PO Box 731
Catskill, NY 12414


Champion Uniform Supply
30 Douglas Street
Fords, NJ 08863


Christine Turner
170 Prospect Avenue
Hackensack, NJ 07601

Christopher Johnston
415 Piermont Avenue
Hillsdale, NJ 07642


Chrysler Financial
One Blackhill Plaza
Pearl River, NY 10965


Craig Seyffer
331 Godwin Avenue
Ridgewood, NJ 07450


Dealer Specialties
PO Box 3220
Norfolk, VA 23514-3220


Dealer Track
111 Marcus Avenue
Lake Success, NY 11042


Donna Maher
111 Lake Street
Saddle River, NJ 07458


Elite Interior
PO Box 662
Fair Lawn, NJ 07410


Ellen Uribe
1718 Countryside Drive
Wise, NC  27594


EST Tire Distributors
PO Box 305
W. Nyack, NY 10994

Fran Roc LLC
185 Prospect Avenue, Apt. 4K
Hackensack, NJ 07601


Fran Roc LLC
The Rocky Mountain Group LLC
185 Prospect Avenue, Apt. 4K
Hackensack, NJ  07601


George Allison III, Esq.
349 Canterbury Lane
Wyckoff, NJ  07481


GMAC
PO Box 380902
Bloomington, MN  55438


Horizon Blue Cross
PO Box 1738
Newark, NJ 07101


Internal Revenue Service
955 South Springfield Avenue
PO Box 724
Springfield, NJ  07081


Internal Revenue Service
Special Procedures Branch
Attention:  Bankruptcy Section
PO Box 744
Springfield, NJ  07081-0744


Jeannette Consorogreen
126 6th Street
Ridgefield Park, NJ  07660


John Rhoten
120 Melrose Place
Ridgewood, NJ  07450

JP Equipment
30 Sherwood Lane
Fairfield, NJ 07004


Kostas Giakamozis
Diamanto Anthanatos
46 Niehaus
Little Ferry, NJ 07643


Kyle Livesley
536 Prospect Avenue
Clifton, NJ 07012


Leigh Rsaza Ormes
17 Litchult Lane
Mahwah, NJ 07430


Leigh Rzasa Ormes
17 Litchult Lane
Mahwah, NJ 07430


Lori Masuch
25 5th Avenue
Wood Ridge, NJ   07075


Louis Gross
78 Essex Drive
Tenafly, NJ 07670


Marie Rzasa
35 Lowell Court
Mahwah, NJ 07430


Marisa Y. Paradiso, Esq.
45 Boonton Avenue, RD3
Boonton, NJ   07005

Marjorie Kirshen
924 Castle Point Terrace
Hoboken, NJ 07030


Mizzoni's Auto Body
178 Route 46 East
Lodi, NJ 07644


NJ Car
PO Box 7510
Trenton, NJ 08628


NJ Door Works
31 Harrison Avenue
Plainfield, NJ  07060


NJ Manufacturers Ins. Co.
301 Sullivan Way
West Trenton, NJ 08628


P&A Auto Parts
101 Route 46 West
Saddle Brook, NJ 07663


Premier Auto Glass
19 Sebago Street
Clifton, NJ 07013


PSE&G
PO Box 14104
Paramus, NJ 07652


Reyna Capital Corporation
One Reynolds Way
Dayton, OH 45430


Reyna Corp.
21175 Network Place
Chicago, IL 60673

Reynolds and Reynolds
23150 Network Place
Chicago, IL 60673


Rocky Mountain LLC
185 Prospect Avenue, Apt. 4K
Hackensack, NJ 07601


Sandy Rodriguez
1275 Belmont Avenue
North Haledon, NJ 07508


Sara Feinstein
0-11 Yost Placfe
Fair Lawn, NJ 07410


Sears Commercial One
585 From Road
Paramus, NJ 07652


Service Sales Inc.
PO Box 116
Edgewater, NJ 07020


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625

State of New Jersey
Division of Taxation
Sales & Use Tax
PO Box 999
Trenton, NJ 08625


State of New Jersey
Division of Taxation
Gross Income Tax (GIT)
50 Barrack Street
PO Box 269
Trenton, NJ 08625


Tax Collector
Borough Hall
Jockish Square
Paramus, NJ 07652


The Margolis Law Firm LLC
PO Box 420
Roseland, NJ  07068


Trim Auto Design
139 Greenwood Avenue
Midland Park, NJ 07432


Trim Auto Glass
18 West Parkway
Pequannock, NJ 07440


Verizon
PO Box 4833
Trenton, NJ 08650


Zurich
7045 College Boulevard
Overland Park, KS 66211

UNITED STATES BANKRUPTCY COURT
**District of New Jersey**

In re   Jeep Eagle 17, Inc. _____ ,                  Case No.   09-_____

                        Debtor

                                                                 Chapter    11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Leigh Rzasa Ormes<br>17 Litchult Lane<br>Mahwah, NJ 07430 | 0.00 | Equity Interest 100% |