| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **TRENK, DiPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.** |
| 347 Mt. Pleasant Avenue, Suite 300 |
| West Orange, NJ 07052 |
| (973) 243-8600 |
| Richard D. Trenk (RT6874) |
| *Counsel to Debtor and Debtor-in-Possession* |

In re:

Jeep Eagle 17, Inc., et al.,

    Debtors.

Case No. 09-23708
(Jointly Administered)

Honorable Donald H. Steckroth

Chapter 11

| Recommended Local Form: | ☒ Followed | ☐ Modified |
| --- | --- | --- |

## APPLICATION FOR RETENTION OF SPECIAL COUNSEL
## AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, Leigh Rzasa-Ormes, is the:

   ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☒ Debtor:    ☒ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain Tobin, Koster, Olechna, Reitman, Greenstein & Konray to serve as:

   ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

       ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor ☐ Appraiser ☒ Special Counsel

☐ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because the Debtor requires special malpractice litigation legal counsel to perform the required legal services during the pendency of the case.

4. The professional has been selected because of their considerable experience in the field of malpractice matters. The Debtor-In-Possession believes that Tobin, Koster, Olechna, Reitman, Greenstein & Konray is well qualified to represent it as special counsel in this Chapter 11 proceeding because Tobin, Koster, Olechna, Reitman, Greenstein & Konray has been retained to represent the Debtor-In-Possession in a related malpractice proceeding captioned <u>Leigh Rzasa-Ormes v. Giblin & Giblin, Paule J. Giblin, Esq., Paul J. Giblin, Jr., Esq. and Brian T. Giblin, Esq.</u> Docket No. BER-L-1073-07 ("Malpractice Action") and <u>Leigh Rzasa-Ormes v. Joseph S. Aboyoun, Esq., John Doe 1-10 and XYZ Company</u> Docket No. ESX-L-6311-06 ("Malpractice Action"). These actions were pending in the Superior Court of New Jersey before the filing the Chapter 11 petition.

5. The professional services to be rendered are as follows:

Representation of Debtor-In-Possession, in the Malpractice Action and related issues as may be necessary and appropriate herein.

6. The proposed arrangement for compensation is as follows:

The fees charged by Tobin, Koster, Olechna, Reitman, Greenstein & Konray in connection with the malpractice action shall comprise at a contingency of one-third (1/3) of any settlement or recovery realized for the Debtor after reimbursement for all out-of-pocket costs and expenses. Services of George

Allison, whether paralegal or legal in nature, shall be considered an out-of-pocket expense billed at $65 per hour.

7. To the best of the applicant's knowledge, the professional's connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtors or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: June 11, 2009

By: */s/ Leigh Rzasa Ormes*
Leigh Rzasa Ormes, Managing Member

Jeep Eagle 17, Inc.
Name of Applicant

- and -

**TRENK, DiPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.**
*Counsel to Debtor and Debtor-in-Possession*

By: */s/ Richard D. Trenk*
Richard D. Trenk

*F:\WPDOCS\A-M\Jeep Eagle 17, Inc\17 Properties, LLC\Special Counsel Ret - App.doc*

## CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: the United States Trustee, the Debtor and/or Debtor's attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), the twenty (20) largest unsecured creditors (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by overnight mail, postage prepaid, within one (1) day after filing with the Court.

Dated: June 11, 2009                    Signed:      /s/ Richard D. Trenk
                                                    Richard D. Trenk

Rev. 7/1/04; jml

## SERVICE LIST

### VIA FIRST CLASS MAIL

Office of the United States Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Englewood Financial Group, LLC
457 Sylvan Avenue
Englewood Cliffs, NJ 07632

Jonathan D. Deily, Esq.
Deily, Mooney & Glastetter, L.L.P.
8 Thurlow Terrace
Albany, New York 12203

Mivilla Foods
226 Getty Ave
Paterson, NJ 07503

Bank of America
PO Box 15019
Wilmington, DE 19886

Metropolitan EFG
457 Sylvan Avenue
Englewood Cliffs NJ

Freedom Bank
550 Kinderkamack Rd
Oradell, NJ 07644

Madison Realty Capital LP
825 Third Ave
37th Floor
New York, NY, 10022

Capital One
275 Broadhollow Rd
Melville, NY 11747

Saks Fifth Avenue
PO Box 10327
Jackson, MS 39289

George Allison III, Esq.
349 Canterbury Lane
Wyckoff, NJ 07481

The Margolis Law Firm LLC
PO Box 420
Roseland, NJ 07068

Chase Mastercard
Chase Cardmember Services
PO Box 15298
Wilmington, DE 19850

Bank of America
PO Box 15026
Wilmington, DE 19850

Blank Rome LLC
Suite 200
210 Lake Drive East
Cherry Hill, NJ 0822

Barry Gauglardi, Esq.
Arturi, D'Argenio,
 Gauglardi & Meliti, LLP
210 Sylvan Avenue
Englewood Cliffs, NJ 07632

Marie Rzasa
35 Lowell Court
Mahwah, NJ 07430

Madison Realty Capital, L.P.
37th Floor
825 Third Avenue
New York, NY 10022

Schepisi & McLaughlin, PA
473 Sylvan Avenue
PO Box 1313
Englewood Cliffs, NJ 07632-1313

17-3 Upper Saddle River Corp.
130 Wyckoff Avenue
Ramsey, NJ

Donna Maher
111 Lake Street
Saddle River, NJ 07458

Sandy Rodriguez
1275 Belmont Avenue
North Haledon, NJ 07508

Louis Gross
78 Essex Drive
Tenafly, NJ 07670

Christopher Johnston
415 Piermont Avenue
Hillsdale, NJ 07642

Horizon Blue Cross
PO Box 1738
Newark, NJ 07101

Ellen Uribe
1718 Countryside Drive
Wise, NC 27594

John Rhoten
120 Melrose Place
Ridgewood, NJ 07450

Craig Seyffer
331 Godwin Avenue
Ridgewood, NJ 07450

Lori Masuch
25 5th Avenue
Wood Ridge, NJ 07075

Kostas Giakamozis
Diamanto Anthanatos
46 Niehaus
Little Ferry, NJ 07643

Jeannette Consorogreen
126 6th Street
Ridgefield Park, NJ 07660

Leigh Rzasa Ormes
17 Litchult Lane
Mahwah, NJ 07430

Reynolds and Reynolds
23150 Network Place
Chicago, IL 60673

Sara Feinstein
0-11 Yost Placfe
Fair Lawn, NJ 07410

Christine Turner
170 Prospect Avenue
Hackensack, NJ 07601

Marjorie Kirshen
924 Castle Point Terrace
Hoboken, NJ 07030

Kyle Livesley
536 Prospect Avenue
Clifton, NJ 07012

Zurich
7045 College Boulevard
Overland Park, KS 66211